In the Matter of the Accounting of CITIZENS TRUST COMPANY OF SCHENECTADY, as Trustee under the Wills of GEORGE CURTIS and KATHERINE CURTIS, Deceased.

JOSEPHINE S. ANDERHEGGEN et al., Appellants; JOHN R. SOFIO et al., Respondents.

Argued May 17, 1938; decided May 31, 1938.

*Chatfield T. Bates* for appellants.

*McDonald King* and *George W. Featherstonhaugh* for respondents.

Order affirmed, with costs to all parties appearing and filing briefs payable out of the estate; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: CRANE, Ch. J.